IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FREDERICK R. SCHMITT,

    Petitioner,                 JUDGMENT IN A CIVIL CASE

   v.                                 Case No. 16-cv-93-jdp

RICHLAND COUNTY CLERK OF
CIRCUIT COURT, and JUDGE
LEINEWEBER,

    Respondents.

    This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing petitioner Frederick R. Schmitt's petition for a writ of habeas corpus with prejudice.

  /s/                                      8/9/2016
Peter Oppeneer, Clerk of Court             Date